USCA1 Opinion

 

 September 12, 1995 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT  ____________________ No. 94-1523  CHARLES J. OROPALLO, Plaintiff, Appellant, v. RONALD L. POWELL, ET AL., Defendants, Appellees. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW HAMPSHIRE [Hon. Steven J. McAuliffe, U.S. District Judge] ___________________ ____________________ Before Cyr, Boudin and Stahl, Circuit Judges. ______________ ____________________ Charles J. Oropallo on brief pro se. ___________________ Jeffrey R. Howard, Attorney General, and Suzan M. Lehmann, ___________________ __________________ Assistant Attorney General, on brief for appellees. ____________________ ____________________ Per Curiam. After review of the briefs and record, __________ we conclude that the district court's order is correct. We have reviewed Appellant Oropallo's First Amendment, honor tier and retaliation claims and find them to be without merit. The opinion of the district court is affirmed. ________